IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT KELLY, | No. 2:24-CV-0920-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| BANNER HEALTH, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel as putative class representative, brings this civil action. Pending before the Court are the following motions: (1) Defendant Banner Health's motion to compel Plaintiff Kelly's attendance at an in-person deposition, see ECF No. 33, filed on May 27, 2025, and set for hearing before the undersigned via Zoom on June 18, 2025, at 10:00 a.m.; and (2) Plaintiff Kelly's motion to compel Defendant Banner Health to provide further responses to written discovery, see ECF No. 36, filed on June 4, 2025, and set for hearing before the undersigned on June 25, 2025, at 10:00 a.m. The parties have filed joint statements regarding both motions pursuant to Eastern District of California Local Rule 251, see ECF Nos. 35 and 37.

/ / /

/ / /

/ / /

1    A review of the parties' joint statement regarding Plaintiff Kelly's motion to
2    compel further responses to written discovery reflects the following statement:

3  As an initial matter, Plaintiff informs the Court that there is now a need to identify a new putative class representative.  On June 7, 2025,
4  Plaintiff advised counsel that he no longer wanted to serve as the named plaintiff in this action.  Because the Belaire-West process has already
5  commenced, Plaintiff intends to use that process to identify and propose a new putative class representative to adequately substitute in place of the
6  currently named Plaintiff [Vincent Kelly].  [citations omitted].

7    ECF No. 37, pg. 2.

8    Given this development, which arose after Defendant filed the pending motion to
9    compel Plaintiff Kelly's in-person deposition, Defendant's motion may be rendered moot should
10   a motion to substitute be filed and granted.  In an effort to avoid the unnecessary expenditure of
11   the Court's time and resources to hear and rule on a motion which may be rendered moot, and to
12   allow additional time for Plaintiff Kelly to seek substitution, the Court will continue the hearing
13   on Defendant's motion to June 25, 2025, to coincide with Plaintiff's motion regarding written
14   discovery.

15   Defendant shall inform the Court as soon as possible if it will be withdrawing its
16   motion to compel Plaintiff's Kelly's in-person deposition given Plaintiff's representation that he
17   will seek substitution as putative class representative.  If Defendant withdraws its motion, the
18   matter will remain on calendar for June 25, 2025, to hear arguments concerning Plaintiff's motion
19   regarding written discovery responses.

20   Accordingly, IT IS HEREBY ORDERED as follows:

21   1.   The hearing on Defendant's motion to compel the in-person deposition
22   Plaintiff Kelly is CONTINUED to June 25, 2025, at 10:00 a.m., before the undersigned.

23   2.   On the Court's own motion, the June 25, 2025, hearing shall be conducted
24   via Zoom with the Court to provide the parties with connection information separately.

25

26   Dated:  June 13, 2025

27   _____
     DENNIS M. COTA
28   UNITED STATES MAGISTRATE JUDGE