**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT KELLY, | No.  2:24-CV-0920-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| BANNER HEALTH, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel as putative class representative, brings this civil action. Pending before the Court are the following motions: (1) Defendant Banner Health's motion to compel Vincent Kelly's attendance at an in-person deposition, see ECF No. 33; and (2) Mr. Kelly's motion to compel Defendant Banner Health to provide further responses to written discovery, see ECF No. 36.  Both motions will now be denied as moot.

This action was initiated with a complaint filed in the Lassen County Superior Court and removed to this Court on March 22, 2024.  See ECF No. 1.  The complaint named Vincent Kelly as the lead plaintiff and putative class representative.  See id.  On December 18, 2025, the District Judge granted Plaintiff's motion for leave to amend the complaint to name a new lead plaintiff and putative class representative after Mr. Kelly indicated that he was no longer willing to proceed in that capacity.  See ECF No. 64.  A first amended complaint was filed on December 19, 2025, naming Ashley Durham as the new lead plaintiff and putative class

1

representative.  See ECF No. 65.  Given that this action no longer proceeds with Mr. Kelly as a party, the pending motions related to Mr. Kelly's deposition and Banner Health's responses to Mr. Kelly's written discovery requests have rendered moot by the amended complaint and will be denied as such.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Defendant Banner Health's motion to compel Vincent Kelly's attendance at an in-person deposition, ECF No. 33, is DENIED as moot, without prejudice to the deposition being re-noticed should defendant elect to take Mr. Kelly's deposition in his capacity as a non-party witness.

2.      Mr. Kelly's motion to compel Defendant Banner Health to provide further responses to written discovery, ECF No. 36, is DENIED as moot.

Dated:  January 16, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE