# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY DURHAM, on behalf of herself and all others similarly situated, and the general public<br><br>Plaintiff,<br><br>v.<br><br>BANNER HEALTH, an Arizona corporation; BH CORPORATE OFFICE, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00920-DJC-DMC<br><br>**ORDER RE:**<br>**DEFENDANT BANNER HEALTH'S**<br>**EX PARTE APPLICATION FOR**<br>**A FOUR-DAY EXTENSION OF TIME**<br>**TO SUBMIT PUTATIVE CLASS**<br>**MEMBER INFORMATION TO**<br>**THE NOTICE ADMINISTRATOR**<br><br>Hon. Daniel J. Calabretta |

Upon Defendant Banner Health's ("Banner") Ex Parte Application for a Four-Day Extension of Time to Submit Putative Class Member Information to the Notice Administrator, and good cause appearing;

IT IS HEREBY ORDERED granting Banner to and including April 17, 2026 to send the Putative Class List to the Notice Administrator.


Dated:  April 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ACTIVE 722531032v1